## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

GLEN D. ARNETT, JR.,                     )
                                         )
    Petitioner,                          )
                                         )
v.                                       )    Case No. CIV-26-1010-D
                                         )
FNU FRAZIER, et al.,                     )
                                         )
    Respondents.                         )

## <u>ORDER</u>

Petitioner filed a Petition for Writ of Mandamus and Supporting Documents [Doc. No. 1] on March 9, 2026, in Case No. CIV-26-451-D. Thereafter, he filed various other motions, including a Motion for Preliminary or Perman[ent] Injunction [Doc. No. 8]. On May 4, 2026, Petitioner filed a Request for Injunction Order Notification [Doc. No. 1], in Case No. CIV-26-1010-D.

A review of the pleadings in this case and in CIV-26-451-D demonstrate the actions involve common questions of law and fact. The motion filed in the instant case appears to be a request to be notified of the Court's determination of the pending motion for injunctive relief in CIV-26-451-D.

Thus, the Court finds that the actions should be consolidated, pursuant to FED. R. CIV. P. 42, because consolidation will serve the interests of justice, avoid unnecessary costs and delays, and promote judicial economy.

**IT IS THEREFORE ORDERED** that this action is hereby consolidated with Case No. CIV-26-451-D, and this action (CIV-26-1010-D) is administratively closed. All of the

1

allegations, orders, and filings in the instant action are hereby deemed filed in the consolidated action, CIV-26-451-D. Going forward, all filings shall be made only in the consolidated action.

The caption of the surviving action shall be GLEN D. ARNETT, JR., Petitioner v. FNU FRAZIER, et al., Respondents; Case No. CIV-26-451-D. The Clerk is directed to file a copy of this Order in Case No. CIV-26-451-D.

**IT IS SO ORDERED** this 12th  day of May, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2